UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LONNIE MOSLEY (#115206)

VERSUS

JAMES LeBLANC, SECRETARY

CIVIL ACTION

NO. 10-0385-FJP-CN

JUDGMENT

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, dismissing the plaintiff's Complaint as frivolous within the meaning of 28 U.S.C. §§ 1915(e) and 1915A, without prejudice to the plaintiff's right to pursue habeas corpus relief and without prejudice to his right to seek monetary damages upon satisfaction of the requirements of *Heck v. Humphrey, supra.*

Baton Rouge, Louisiana, July 14, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46825